# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# WITCHITA DIVISION

|  |  |
|---|---|
| STEVEN DEAN, <br><br> Plaintiff, <br><br> v. <br><br> CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) **Case No.: 6:18-cv-01270-JWB** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO DISMISS

Plaintiff, STEVEN DEAN, and Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

| AGRUSS LAW FIRM, LLC | MOLNER LAW GROUP, LLC |
|---|---|
| By: /s/ James J. Parr | By: /s/ Mark D. Molner |
| James J. Parr, ARDC No. 6317921 | Mark D. Molner, SBN 24493 |
| 4809 N. Ravenswood Avenue, Suite 419 | 300 E. 39th Street, Suite 1G |
| Chicago, IL 60640 | Kansas City, MO 64111 |
| (312) 224-4695 | (816) 281-8549 |
| (312) 253-4451 (FacIsimile) | (816) 817-1473 (*Facsimile*) |
| james@agrusslawfirm.com | mark@molnerlaw.com |
| **Admitted *Pro Hac Vice*** | |

**ATTORNEYS FOR PLAINTIFF**

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS LLP | OGLETREE, DEAKINS, NASH, SMOAK AND STEWART, P.C. |
| By: /s/ A. Paul Heeringa<br>A. Paul Heeringa<br>151 N. Franklin Street, Suite 2600<br>Chicago, Illinois 60606<br>(312) 529-6308<br>pheeringa@manatt.com<br>*Admitted Pro Hac Vice* | /s/ Anne L. Hershewe<br>Anne L. Hershewe    KS #26321<br>4520 Main Street, Suite 400<br>Kansas City, MO 64111<br>(816) 410-2243<br>(816) 471-1303 (*Facsimile*)<br>anne.hershewe@ogletree.com |

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr, ARDC No. 6317921

39091243.1